UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

Doreen Cobb

Plaintiff,

-against-

Davol, Inc. and C.R. Bard Inc.,

Defendants.

------------------------------------X

O R D E R

CV-08-1964 (SLT) (JMA)

An initial conference will be held in the above-captioned case on September 22, 2008 at 12:00 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present and are directed to review Judge Azrack's revised Local Rules, which are available on the District Court's web site, prior to the conference.

Plaintiff's counsel is directed to confirm with defendant's counsel that all necessary participants are aware of this conference. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
May 15, 2008

s/ JMA

JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE